# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00097-CR

**Ex parte Sterling Allen**

**&**

## NO. 03-11-00417-CR

**Sterling Allen, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. C-R-10-0659-HC, HONORABLE DAN R. BECK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sterling Allen has been charged with the offenses of forgery, evading arrest with a motor vehicle, and tampering with physical evidence. In each of the above causes, Allen has filed a pro se notice of appeal from the district court's order denying Allen's pretrial application for writ of habeas corpus. We have now received from Allen a motion to dismiss in which he represents that he has pleaded guilty to the underlying offenses and asks us to dismiss his appeals. In each of the above causes, we grant appellant's motion. The appeals are dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   February 17, 2012

Do Not Publish